**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ERIC KYLE WIST,

                       Plaintiff,                 **SCHEDULING ORDER**

      -against-                             22 Civ. 7570 (JCM)

MIDDLETOWN POLICE DEPARTMENT, *et al.*,

                      Defendants.
---------------------------------------------------------------X

      The Court has scheduled a Bench Ruling on Defendants' summary judgment motion, (Docket No. 62), for September 5, 2025 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated:  August 26, 2025
         White Plains, New York

                                            **SO ORDERED:**

                                            _____
                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge