**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC KYLE WIST,

                            Plaintiff,	**SCHEDULING ORDER**

    -against-	22 Civ. 7570 (JCM)

MIDDLETOWN POLICE DEPARTMENT, *et al.*,

                          Defendants.
------------------------------------------------------------X

The Bench Ruling scheduled for September 5, 2025 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy is canceled. Instead, the Court will hold a Telephone Conference on September 10, 2025 at 10:00 a.m. The parties shall call the following number at the time of the conference:

    Toll-Free Number: 855-244-8681
    Access Code: 1800490580

Dated: September 4, 2025
       White Plains, New York

                                                    **SO ORDERED:**

                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge