UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC KYLE WIST,

<table>
<tr><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>22 Civ. 7570 (JCM)</td></tr>
</table>

MIDDLETOWN POLICE DEPARTMENT, CITY
OF MIDDLETOWN, NICHOLAS IANNUSSI,
EVAN COLON, ANGEL ESTREMERA, KELSEY
GAGE, and PATRICK CUNNINGHAM,

Defendants.
-----------------------------------------------------------X

On January 14, 2026, the Court So Ordered the parties' stipulation dismissing Counts I and

III of the First Amended Complaint and Defendants Middletown Police Department and City of

Middletown. (Docket No. 99). Thus, the case caption is amended as follows:

-----------------------------------------------------------X
ERIC KYLE WIST,

Plaintiff,

-against-

NICHOLAS IANNUSSI, EVAN COLON,
ANGEL ESTREMERA, KELSEY
GAGE, and PATRICK CUNNINGHAM,

Defendants.
-----------------------------------------------------------X

Dated:  January 15, 2026
        White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge